UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JERRY JUST JERRY,**

   Plaintiff,

v.                                            **No. 4:23-cv-00948-P**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge issued findings, conclusions, and a recommendation ("FCR") in this action on September 22, 2023. ECF No. 6. The FCR recommends the Court deny Plaintiff's motion for leave to proceed *in forma pauperis*, filed September 14, 2023. *See* ECF No. 3. Having reviewed the FCR, the Court **ADOPTS** the FCR's reasoning and **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis*. Accordingly, Plaintiff is **ORDERED** to pay the applicable filing and administrative fees of $402.00 **on or before October 13, 2023**. Failure to do so may subject Plaintiff's complaint to dismissal without further notice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **26th day of September 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE