UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JERRY JUST JERRY,**

   Plaintiff,

v.                                          **No. 4:23-cv-00948-P**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Et Al.,**

   Defendants.

## ORDER

   The above-styled and numbered cause of action was filed on September 14, 2023, by *pro se* Plaintiff Jerry Just Jerry ("Jerry'"). Federal Rule of Civil Procedure ("Rule") 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Additionally, Local Rule 4.1 requires Plaintiffs to file proof of service or waiver of service within the 90 days allowed by Rule 4(m). L.R. 4.1.

   As of the date of this Order, Plaintiff has failed to file proof of service or any explanation for why he has failed to effectuate service within the time frame set out in Rule 4(m). The Court therefore **ORDERS** that Plaintiff's case is hereby **DISMISSED** without prejudice.

   **SO ORDERED** on this **12th day** of **August 2024.**

*Mark T. Pittman*
_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE